1  ROBERT C. CHRISTENSEN (State Bar Number 151296)
2  SHERMAN C. LEE (State Bar Number 145765)
   COLLIAU ELENIUS MURPHY CARLUCCIO
3  KEENER & MORROW
   555 Mission Street, Suite 330
4  San Francisco, CA 94105
   Phone: (415) 932-7000
5  Fax: (415) 932-7001

6  Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY
7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     NORTHERN DISTRICT OF CALIFORNIA
10

11 | FRESHERIZED FOODS, INC.,        )  Civil Action No. CV 10 3207 BZ
                                     )
12 |             Plaintiff,          )
                                     )  STIPULATION AND [PROPOSED] ORDER
13 |     vs.                         )  SETTING BRIEFING SCHEDULE FOR
                                     )  CROSS-MOTIONS FOR SUMMARY
14 | CONTINENTAL CASUALTY COMPANY,   )  JUDGMENT AND CONTINUANCE OF
                                     )  INITIAL CASE MANAGEMENT
15 |             Defendant.          )  CONFERENCE
                                     )
16 |_____    )

17

18         Pursuant to United States District Court for the Northern District of California Local Rules

19 7.12 and 16(e), it is hereby stipulated by and between plaintiff Fresherized Foods, Inc. and

20 defendant Continental Casualty Company (collectively "parties"), by and through their attorneys of

21 record, as follows:

22         Counsel for the parties have met and conferred and stipulate to the filing of cross-motions

23 for summary judgment and/or partial summary judgment based on a set of stipulated facts or

24 documents in order to resolve the action or streamline the issues for trial.

25         Counsel parties are presently negotiating stipulated facts or documents for use in the cross-

26 motions for summary judgment and do not foresee an impasse to such a stipulation.

27 ///

28 ///

1  The parties have agreed to a briefing schedule for the cross-motions for summary
2  judgment and/or partial summary judgment as follows:
3      Moving papers    January 19, 2011
4      Opposition papers    February 9, 2011
5      Any reply papers    February 16, 2011
6  The hearing on said motions may be set for March 2, 2011, or the first available date
7  following the briefing, as convenient for the Court's schedule.
8      The parties agree that their resources are better utilized by the filing of said cross-
9  motions, and therefore stipulate to a continuance of the January 3, 2011 Initial Case
10  Management Conference to a date at least two weeks after the hearing on the cross-
11  motions.
12  IT IS SO STIPULATED.

DATED: 12/15/2010

COLLIAU ELENIUS MURPHY CARLUCCIO
KEENER & MORROW

*Robert Christensen*

ROBERT C. CHRISTENSEN
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

DATED: _____

WILD, CAREY & FIFE

_____
TERENCE KENNEY
Attorneys for Plaintiff
FRESHERIZED FOODS, INC.

1      The parties have agreed to a briefing schedule for the cross-motions for summary
2  judgment and/or partial summary judgment as follows:
3      Moving papers    January 19, 2011
4      Opposition papers    February 9, 2011
5      Any reply papers    February 16, 2011
6  The hearing on said motions may be set for March 2, 2011, or the first available date
7  following the briefing, as convenient for the Court's schedule.
8      The parties agree that their resources are better utilized by the filing of said cross-
9  motions, and therefore stipulate to a continuance of the January 3, 2011 Initial Case
10 Management Conference to a date at least two weeks after the hearing on the cross-
11 motions.
12 IT IS SO STIPULATED.
13
14 DATED: _____    COLLIAU ELENIUS MURPHY CARLUCCIO
                      KEENER & MORROW
15
16
17                       ROBERT C. CHRISTENSEN
                      Attorneys for Defendant
18                       CONTINENTAL CASUALTY COMPANY
19
20 DATED: 12/15/2010    WILD, CAREY & FIFE
21
22
23                       */s/ Terence Kenney*
24                       TERENCE KENNEY
                      Attorneys for Plaintiff
25                       FRESHERIZED FOODS, INC.
26
27
28

1  PURSUANT TO STIPULATION, IT IS ORDERED that the parties shall file
2  papers in support of, and in opposition and reply to cross-motions for summary judgment
3  and/or partial summary judgment pursuant to the stipulated briefing schedule. Argument
4  on the cross-motions shall be heard on ___March 2___ at 10:00 a.m. in
5  Courtroom G.
6  The Initial Case Management Conference is continued from January 3, 2011 to
7  _March 14_, at 4 pm, with the deadlines set forth in the Order Setting Initial Case
8  Management Conference and ADR Deadlines continued accordingly. Any deadline falling
9  on a weekend or court holiday shall be set for the first prior business day.

Dated: 16 Dec 2010

Honorable Bernard A. Zimmerman
United States District Court for the Northern
District of California Magistrate Judge