1  ROBERT C. CHRISTENSEN (State Bar Number 151296)
   SHERMAN C. LEE (State Bar Number 145765)
2  COLLIAU ELENIUS MURPHY CARLUCCIO
3  KEENER & MORROW
   555 Mission Street, Suite 330
4  San Francisco, CA 94105
   Phone: (415) 932-7000
5  Fax: (415) 932-7001

6  Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY
7

8              IN THE UNITED STATES DISTRICT COURT FOR THE
9
               NORTHERN DISTRICT OF CALIFORNIA
10

11 | FRESHERIZED FOODS, INC.,            ) Civil Action No. CV 10 3207 BZ
                                         )
12 |              Plaintiff,              )
                                         ) STIPULATION AND [~~PROPOSED~~] ORDER
13 |     vs.                              ) TO VACATE BRIEFING SCHEDULE AND TO
                                         ) RESET INITIAL CASE MANAGEMENT
14 | CONTINENTAL CASUALTY COMPANY, ) CONFERENCE
                                         )
15 |              Defendant.              )
                                         )
16 | _____ )

17

18        On December 15, 2010, plaintiff Fresherized Foods, Inc. and defendant Continental Casualty

19 Company (collectively "parties") filed a stipulation to set a briefing schedule for cross-motions for

20 summary judgment and to continue the Initial Case Management Conference until after the hearing

21 on those motions.

22        The stipulation to file cross-motions was based on the parties' anticipated agreement to set

23 of stipulated documents and facts.

24        The Court entered the Stipulation as an Order on December 16. 2010, with a briefing

25 schedule set for the cross-motions and the Initial Case Management Conference set for March 2,

26 2011.

27 ///

28 ///

Stipulation to Vacate Briefing Schedule - 1
Civil Action No. CV 10 3207 BZ

1  Following a good faith effort to stipulate to facts and documents in support of the cross-
2  motions, the parties have reached an impasse as to certain evidence. As the parties cannot stipulate
3  to a set of documents and facts in support of the cross-motions, the parties are unable to file cross-
4  motions in accordance with the briefing schedule. The parties therefore stipulate and respectfully
5  request that the briefing schedule be vacated.

6  In conjunction with the briefing schedule, the parties requested that the Initial Case
7  Management be continued to a date after the hearing on the motions for summary judgment. In light
8  of impasse regarding the filing of cross-motions, the parties stipulate and request that the Initial
9  Case Management Conference be set for an earlier date that allows for Rule 26(f) and related meet
10 and confer deadlines, as convenient for the Court.

DATED: 1/19/2011

COLLIAU ELENIUS MURPHY CARLUCCIO
KEENER & MORROW

_/s/ Robert Christensen_
ROBERT C. CHRISTENSEN
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

DATED: _____

WILD, CAREY & FIFE

_____
TERENCE KENNEY
Attorneys for Plaintiff
FRESHERIZED FOODS, INC.

---

Stipulation to Vacate Briefing Schedule - 2
Civil Action No. CV 10 3207 BZ

Following a good faith effort to stipulate to facts and documents in support of the cross-motions, the parties have reached an impasse as to certain evidence. As the parties cannot stipulate to a set of documents and facts in support of the cross-motions, the parties are unable to file cross-motions in accordance with the briefing schedule. The parties therefore stipulate and respectfully request that the briefing schedule be vacated.

In conjunction with the briefing schedule, the parties requested that the Initial Case Management be continued to a date after the hearing on the motions for summary judgment. In light of impasse regarding the filing of cross-motions, the parties stipulate and request that the Initial Case Management Conference be set for an earlier date that allows for Rule 26(f) and related meet and confer deadlines, as convenient for the Court.

DATED: _____

COLLIAU ELENIUS MURPHY CARLUCCIO
KEENER & MORROW

_____
ROBERT C. CHRISTENSEN
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

DATED: 1/18/2011

WILD, CAREY & FIFE

_____
TERENCE KENNEY
Attorneys for Plaintiff
FRESHERIZED FOODS, INC.

1  PURSUANT TO STIPULATION, IT IS ORDERED that the briefing schedule on the cross-
2  motions is vacated. The Initial Case Management Conference [is reset to Feb 28 2011 at 4pm] [shall
3  remain as currently scheduled].

6  Dated: 18 Jan '11

Honorable Bernard A. Zimmerman
United States District Court for the Northern
District of California Magistrate Judge