| | |
|---|---|
| 1 | PAUL D. FIFE, ESQ. (SBN 114848) |
| 2 | TERENCE H. KENNEY, ESQ. (SBN 116687) |
| | WILD, CAREY & FIFE |
| 3 | 100 Montgomery Street, Suite 1000 |
| | San Francisco, CA 94104-4342 |
| 4 | Telephone: (415) 837-3101 |
| 5 | Facsimile: (415) 837-3111 |
| | paulfife@wcandf.com |
| 6 | terencekenney@wcandf.com |
| 7 | |
| | Attorneys For Plaintiffs |
| 8 | FRESHERIZED FOODS, INC. and |
| 9 | AVOMEX, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHERIZED FOODS, INC. and AVOMEX, INC. | CIVIL ACTION NO. CV 10 3207 BZ |
| Plaintiffs, | **STIPULATION & ORDER REGARDING FIRST AMENDED COMPLAINT** |
| v. | |
| CONTINENTAL CASUALTY COMPANY, | |
| Defendant. | |

Fresherized Foods, Inc., Avomex, Inc., and Continental Casualty Company hereby stipulate as follows:

1. Fresherized Foods, Inc. and Avomex, Inc. may file the attached proposed first amended complaint without the necessity of making a motion to file that proposed amended complaint.

2. Avomex, Inc. hereby stipulates to having the case assigned to and heard by a magistrate judge and to engage in Early Neutral Evaluation, as previously stipulated by

STIPULATION & ORDER REGARDING FIRST AMENDED COMPLAINT　　　　1

1 | Fresherized Foods, Inc.
2 |     3.    The attached proposed first amended complaint shall be deemed to be filed
3 | and served upon entry of the Order on this stipulation.
4 |     4.    Continental Casualty Company stipulates to filing its responsive pleading
5 | within ten (10) days following the filing and service of the proposed amended complaint.

Dated: March __3__, 2011    WILD, CAREY & FIFE

By: _____
PAUL D. FIFE
TERENCE H. KENNEY
Attorneys For Plaintiffs

Dated: March __7__, 2011    COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW

By: _____
ROBERT C. CHRISTENSEN
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

STIPULATION & ORDER REGARDING FIRST AMENDED COMPLAINT    2

## ORDER

Based on the above stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. Fresherized Foods, Inc. and Avomex, Inc. may file the attached proposed first amended complaint without the necessity of making a motion to file that proposed amended complaint.

2. The First Amended Complaint should be deemed to be filed and served upon entry of this Order.

3. Continental Casualty Company shall file its responsive pleading within ten (10) days following entry of this Order.

Dated: 8 March '11

BERNARD ZIMMERMAN
Magistrate Judge

STIPULATION & ORDER REGARDING FIRST AMENDED COMPLAINT    3