1  PAUL D. FIFE, ESQ. (SBN 114848)
2  TERENCE H. KENNEY, ESQ. (SBN 116687)
3  WILD, CAREY & FIFE
   100 Montgomery Street, Suite 1000
4  San Francisco, CA 94104-4342
   paulfife@wcandf.com
5  terencekenney@wcandf.com
   Telephone: (415) 837-3101
6  Facsimile: (415) 837-3111

7  Attorneys for Plaintiffs
   FRESHERIZED FOODS, INC. and
8  AVOMEX, INC.

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13
   FRESHERIZED FOODS, INC. and          ) CIVIL ACTION NO. CV 10 3207 BZ
14 AVOMEX, INC.                         )
                                        ) **APPLICATION FOR ORDER**
15         Plaintiffs,                  ) **ALLOWING MEMORANDUM OF**
                                        ) **POINTS AND AUTHORITIES IN**
16 v.                                   ) **SUPPORT OF MOTION FOR**
                                        ) **SUMMARY JUDGMENT TO**
17 CONTINENTAL CASUALTY COMPANY,        ) **EXCEED 25 PAGES AND**
                                        ) **PROPOSED ORDER**
18         Defendant.                   )
19                                      )
                                        ) Hearing Date: May 18, 2011
20                                      ) Hearing Time: 10:00 a.m
                                        ) Magistrate Judge: B. Zimmerman
21                                      ) Courtroom: G, 15th Floor
22

23
          Pursuant to Local Rule 7.4 (b), Plaintiffs apply for an Order allowing them to file
24
   an opening memorandum of points and authorities in support of their soon to be filed
25
   Motion for Summary Judgment exceeding 25 pages of text but not greater than 30
26
   pages.
27

28

Application For Order Allowing MPA In Support Of MSJ To Exceed 25 Pages                    1

1 | Plaintiffs need the additional pages in order to address not just the "duty to
2 | defend" issue in the case, but also the "duty to indemnify" issue, per the Court's
3 | instruction that the parties address both the "duty to defend" and "duty to indemnify"
4 | issues in their forthcoming cross-motions for summary judgment.
5 | Defendant does not object to Plaintiffs' requested page limit extension, but
6 | requests that if the Court grants Plaintiffs' request that the Court also extend the page
7 | limits for the Defendant's opening memorandum of points and authorities by an equal
8 | amount.

### ORDER

Plaintiffs and Defendant may file opening memorandums of points and authorities in support of their cross-motions for summary judgment that contain up to 30 pages of text.

Dated: 28 March '11

Honorable Bernard A. Zimmerman
United States District Court for the
Northern District of California
Magistrate Judge