1  ROBERT C. CHRISTENSEN (State Bar Number 151296)
   SHERMAN C. LEE (State Bar Number 145765)
2  COLLIAU ELENIUS MURPHY CARLUCCIO
   KEENER & MORROW
3  555 Mission Street, Suite 330
4  San Francisco, CA 94105
   Phone: (415) 932-7000
5  Fax: (415) 932-7001

6  Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY
7
   PAUL D. FIFE, ESQ. (SBN 114848)
8  TERENCE H. KENNEY, ESQ. (SBN 116687)
   WILD, CAREY & FIFE
9  100 Montgomery Street, Suite 1000
   San Francisco, CA 94104-4342
10 paulfife@wcandf.com
   terencekenney@wcandf.com
11 Telephone: (415) 837-3101
   Facsimile: (415) 837-3111
12
   Attorneys for Plaintiffs
13 FRESHERIZED FOODS, INC. and
   AVOMEX, INC.
14

15                IN THE UNITED STATES DISTRICT COURT FOR THE

16                         NORTHERN DISTRICT OF CALIFORNIA

17

18 | FRESHERIZED FOODS, INC.; AVOMEX, ) Civil Action No. CV 10 3207 BZ
   | INC.                             )
19 |                                  )
   |                      Plaintiff,  ) **STIPULATION AND [PROPOSED] ORDER**
20 |           vs.                    ) **RE TIMING OF DEPOSITIONS AND EXPERT**
   |                                  ) **DISCOVERY**
21 | CONTINENTAL CASUALTY COMPANY,    ) (FRCP 29; LOCAL RULE 37-3)
   |                                  )
22 |                      Defendant.  )
   |                                  )
23

24       Whereas, discovery in this action opened on February 8, 2011, following the meet and confer
25 pursuant to Federal Rule of Civil Procedure, Rule 26(f).
26       Whereas, at the February 28, 2011 case management conference, the Court set a briefing
27 schedule for motions for summary judgment, commencing on March 30, 2011 with a hearing date of
28 May 18, 2011. The Court further set a trial date for September 19, 2011. Based on the September 19,

1  2011, the Pretrial Order sets the fact discovery cut-off on May 27, 2011 and the date for expert
2  disclosures on June 3, 2011.

3  Whereas, the parties have conducted informal and written discovery in advance of the motion
4  for summary judgment briefing schedule. While the parties believe that their respective motions for
5  summary judgment will be granted, certain discovery may be necessary if both of the motions are
6  denied. In particular, the parties wish to reserve their rights to take depositions and to disclose experts
7  and take expert discovery, as necessary, to prepare for trial.

8  Whereas, the parties, and any percipient witnesses, are located out-of-state. The parties desire
9  to forego the possibly unnecessary expense of traveling to different states during the briefing of
10 dispositive motions. The parties agree that, to the extent possible, such depositions should be taken
11 after the May 18, 2011 hearing on the motions for summary judgment, and therefore stipulate to this
12 request for additional time to complete any such depositions.

13 Whereas, the parties desire to forego the expense of disclosing experts and taking expert
14 discovery, which may be unnecessary in light of the pending cross-motions for summary judgment.
15 The parties agree that such disclosures and discovery should be extended for thirty (30) days in order
16 to avoid any unnecessary expense.

17 Based on the foregoing, the parties stipulate to an extension of thirty (30) days to complete
18 depositions and disclose experts and to take expert discovery.

19 IT IS SO STIPULATED.

20 DATED: 4/7/11

COLLIAU ELENIUS MURPHY CARLUCCIO
KEENER & MORROW

_/s/ Robert Christensen_
ROBERT C. CHRISTENSEN
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

DATED: 4/7/11

WILD, CAREY & FIFE

_/s/ Terence Kenney_
TERENCE KENNEY
Attorneys for Plaintiffs
FRESHERIZED FOODS, INC. and AVOMEX, INC.

Stipulation and [Proposed] Order re Depositions and Expert Discovery - 2
Civil Action No. CV 10 3207 BZ

1  PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED
2  that the time to take depositions is extended for thirty (30) days to June 27, 2011, and that the dates
3  for expert discovery are extended for thirty (30) days as follows: Expert disclosures - July 5, 2011;
4  disclosure of rebuttal experts - July 12, 2011; and close of expert discovery - July 19, 2011.

7  Dated: 8 Apr '11

Honorable Bernard A. Zimmerman
United States District Court for the Northern
District of California Magistrate Judge