UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHERIZED FOODS, INC., <br>        Plaintiff(s), <br>   v. <br> CONTINENTAL CASUALTY CO., <br>        Defendant(s). | No. C10-3207 BZ <br><br> **SECOND TRIAL SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that the Court's March 8, 2011 trial scheduling order (Docket No. 28) is modified as follows:

    Trial Date: **Monday, 12/19/2011, 8:30 a.m.**, **5 days**

    Pretrial Conference: **Tuesday, 11/29/2011, 4:00 p.m.**

    Last Day for Expert Discovery: **9/16/2011**

    Last Day for Rebuttal Expert Disclosure: **9/9/2011**

    Last Day for Expert Disclosure: **9/2/2011**

    Close of Non-expert Discovery: **8/26/2011**

**IT IS FURTHER ORDERED** that all other orders and deadlines set by the Court's March 8, 2011 trial scheduling order shall

///

///

remain in effect.

Dated: May 20, 2011

                                    Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\FRESHERIZED FOOD V. CONTINENTAL CASUALTY\SECOND TRIAL SCHEDULING ORDER.wpd