1  PAUL D. FIFE, ESQ. (SBN 114848)
2  TERENCE KENNEY, ESQ. (SBN 116687)
   WILD, CAREY & FIFE
3  100 Montgomery Street, Suite 1000
   San Francisco, CA 94104-4342
4  Telephone: (415) 837-3101
5  Facsimile: (415) 837-3111
   paulfife@wcandf.com
6  terencekenney@wcandf.com
7
   Attorneys For Plaintiffs
8  FRESHERIZED FOODS, INC. and
9  AVOMEX, INC.
10
11
12                    IN THE UNITED STATES DISTRICT COURT
13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                            SAN FRANCISCO DIVISION
15
16 | FRESHERIZED FOODS, INC. and          | CIVIL ACTION NO. CV 10 3207 BZ
17 | AVOMEX, INC.                         |
                                          | **STIPULATION AND**
18 |           Plaintiffs,                | **[PROPOSED] ORDER OF**
                                          | **DISMISSAL [Fed. R. Civ. P. 41(a)]**
19 | v.
20 | CONTINENTAL CASUALTY COMPANY,
21 |
22 |           Defendant.
23 | _____/
24
25  TO THE COURT CLERK, ALL PARTIES AND THEIR COUNSEL:
26       IT IS HEREBY STIPULATED by and between the parties to this action through
27  their undersigned counsel, that the captioned action be dismissed with prejudice,
28  Pursuant to Federal Rules of Civil Procedure, Rule 41(a). This Stipulation is made,

1 | pursuant to the parties' Settlement and Mutual Release Agreement. Each party is to bear
2 | their own costs and attorney's fees.

Respectfully submitted,

Dated: July 28, 2011          WILD, CAREY & FIFE

By _____
PAUL D. FIFE
TERENCE KENNEY
Attorneys for Plaintiffs
FRESHERIZED FOODS, INC. and
AVOMEX, INC.

Dated: July 14, 2011          COLLIAU, ELENIUS, MURPHY, CARLUCCIO,
KEENER & MORROW

By _____
ROBERT CHRISTENSEN
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

## ORDER

Upon stipulation of the parties, and pursuant to Fed. R. Civ. Procedure, Rule 41(a), IT IS HEREBY ORDERED that the captioned action is dismissed with prejudice, and the Clerk of the Court is hereby directed to enter judgment in conformity with this Order.

Dated: 2 Aug '11          _____
THE HONORABLE BERNARD ZIMMERMAN
MAGISTRATE JUDGE FOR THE UNITED
STATES DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA